ROGER A. CERDA (SBN 239027)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1156
Facsimile: (213) 576-1100
roger.cerda@alston.com

WILLIAM H. JORDAN (SBN 405112) (*Admitted Pro Hac Vice*)
BRIAN R. STIMSON (SBN 588566) (*Admitted Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
bill.jordan@alston.com
brian.stimson@alston.com

Attorneys for Defendants
UNITEDHEALTHCARE INSURANCE COMPANY, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERI MURPHY, SUZANNE AMENDT and PATRICIA FAVICHIA on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, et al.<br><br>              Defendants. | Case No.: 5:15-cv-03799-BLF<br><br>[Assigned to the Hon. Beth Labson Freeman, Courtroom 3, 5th Floor]<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' FILING OF AN AMENDED MOTION TO DISMISS**<br><br>Amended Complaint Filed: October 16, 2015 |

Having considered the parties' Stipulation Regarding Defendants' Filing of an Amended Motion to Dismiss, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) Defendants shall file an Amended Motion to Dismiss in this action on January 25, 2016;

(2) Plaintiffs' Response to Defendants' Amended Motion to Dismiss shall be due on February 15, 2016;

(3) Defendants' Reply to Plaintiffs' Response shall be due on February 29, 2016;

(4) Defendants' Amended Motion to Dismiss shall be heard on ~~March 17, 2016~~ March 31, 2016; and

(5) The Civil Case Management Conference currently scheduled for February 18, 2016 shall be ~~stayed until after the Court's ruling on Defendants' Amended Motion to Dismiss.~~ continued to April 28, 2016 at 11:00 AM.

DATED: January 12, 2016                   _____/s/ Beth Labson Freeman_____
                                          Hon. Beth Labson Freeman
                                          United States District Judge

# CERTIFICATE OF SERVICE

I, Roger A. Cerda, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is 333 South Hope Street, Sixteenth Floor, Los Angeles California 90071.

3. On January 11, 2016, I caused a copy of the **[PROPOSED] ORDER REGARDING DEFENDANTS' FILING OF AN AMENDED MOTION TO DISMISS** to be served upon the following counsel via the Court's CM/ECF system:

| | |
|---|---|
| Glen R. Kantor, Esq.<br>Timothy J. Rozelle, Esq.<br>KANTOR & KANTOR, LLP<br>19839 Nordhoff Street<br>Northridge, California  91324 | Attorneys for Plaintiff<br>Beri Murphy<br><br>Telephone:   (818) 886-2525<br>Facsimile:    (818) 350-6272<br>E-Mail:<br>gkantor@kantorlaw.net<br>trozelle@kantorlaw.net |

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on the 11th day of January, 2016, at Los Angeles, California.

    /s/ Roger A. Cerda
    Attorney for UnitedHealthcare Insurance Co.