KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorneys for Plaintiffs BERI MURPHY, SUZANNE AMENDT and PATRICIA FAVICHIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 5:15-cv-03799-BLF<br><br>**CLASS ACTION**<br><br>[Assigned to the Hon. Beth Labson Freeman, Courtroom 3, 5th Floor]<br><br>[~~PROPOSED~~] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered the parties' Stipulation to Continue Initial Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) Defendants will provide the Court with a status report by July 29, 2016 pursuant to the Court's April 22, 2016 Order;

(2) The parties will immediately alert the Court of any final decision by the JPML on Defendants' motion to transfer that is reached after July 29, 2016; *and*

(3) The Initial Case Management Conference shall be continued to ~~a date convenient for the Court following the JPML's final decision on Defendants' motion to transfer.~~ October 6, 2016 at 11:00 AM. The parties may file another Motion to Continue the CMC if the JPML has not yet issued a final decision.

DATED: July 28, 2016                              *[signature]*

Hon. Beth Labson Freeman
United States District Judge